IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SOTERO SANCHEZ | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| FRANCIS TENNIS, et al. | : | NO. 05-2805 |

## O R D E R

AND NOW, this       day of                  , 2006, after careful and independent consideration of the petition for a writ of habeas corpus, the District Attorney's response to the petition and after review of the Report and Recommendation of Charles B. Smith, United States Magistrate Judge, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The petition for a writ of habeas corpus is DENIED; and

3. A certificate of appealability is not granted.

BY THE COURT:

_____
JOHN R. PADOVA,                                                    J.